# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                 Plaintiff,

       vs.

GERARDO MALDONADO(2),

               Defendant.

CASE NO. 12CR4931-WQH

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

__X__  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty; or

____  of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and

Aiding and Abetting

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 3, 2013

_Barbara L. Major_

Barbara L. Major
U.S. Magistrate Judge